UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-                                                           **NOTICE OF APPEARANCE**

KONSTANTIN IGNATOV,                                           19 MJ 2258

              Defendant.

------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017, appears on behalf of defendant KONSTANTIN IGNATOV in the above-captioned case.

Dated:    New York, New York
             March 27, 2019

                                                            **JEFFREY LICHTMAN, ESQ. (JL6328)**
                                                              LAW OFFICES OF JEFFREY LICHTMAN
                                                              11 EAST 44th STREET, SUITE 501
                                                              NEW YORK, NEW YORK 10017
                                                              Ph: (212) 581-1001
                                                              Fx: (212) 581-4999
                                                              jhl@jeffreylichtman.com



# JEFFREY LICHTMAN
### Attorney At Law
11 East 44th Street
Suite 501
New York, New York 10017
(212) 581-1001
(212) 581-4999 (fax)
www.jeffreylichtman.com

## FACSIMILE TRANSMISSION COVER SHEET

DATE: March 27, 2019

TO:         The United States District Court
            Southern District of New York

ATTN:       Clerk of The Magistrate

FAX NO.:    (212) 805-4060

FROM:       Jeffrey Lichtman, Esq.

CHARGE NO.:

TOTAL NUMBER OF PAGES (INCLUDING COVER): 2

NB: If you do not receive the entire transmission in legible form, please call us as soon as possible at (212) 581-1001.

COMMENTS:

US v. Konstantin Ignatov; 19 MJ 2258

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.