UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

              v.

KONSTANTIN IGNATOV,

              *Defendant.*
------------------------------------------------------------X

**Order of Continuance**

**19 Mag. 2258**

      Upon the application of the United States of America and the affirmation of Christopher J. DiMase, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with a violation of Title 18, United States Code, Section 1349, in a complaint dated March 6, 2019, and was arrested in the Central District of California on March 6, 2019;

      It is further found that the defendant was presented before Magistrate Judge Gail J. Standish in the Central District of California on March 7, 2019, and was ordered detained and removed to the Southern District of New York;

      It is further found that the defendant appeared in the Southern District of New York before Magistrate Judge Katharine H. Parker on March 27, 2019, and that the defendant's detention was ordered to be continued;

      It is further found that Jeffrey Lichtman, Esq., counsel for defendant, and Assistant United States Attorney Christopher J. DiMase have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

      It is further found that the Government has requested a continuance of 30 days and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose

and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until May 27, 2019, and that a copy of this Order and the affirmation of Assistant United States Attorney Christopher J. DiMase be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
April 26, 2019

_____
UNITED STATES MAGISTRATE JUDGE